BROD v. J. K. ORR SHOE CO. et al. (Circuit Court of Appeals, Fifth Circuit. October 25, 1909.) No. 1,914. Appeal from the District Court of the United States for the Northern District of Georgia. Harry Dodd, and Thos. F. Rawls, for appellant. W. G. Post, for appellees.

PER CURIAM. In this case we reach the same conclusion as that reached by the District Judge, and the judgment of the District Court is affirmed. See 166 Fed. 1011.